IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SONYA TAYLOR, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-26-3705 |
| ROBERT F. KENNEDY, JR., et al., | * | |
| Defendants. | * | |

***

**ORDER**

The Court is in receipt of the Plaintiffs Sonya Taylor, Contonnia M. Turner, Jr., Rob Bricken, Emily Byrd, Lauren Bush, American College of Physicians, American Academy of Pediatrics, Society for Adolescent Health and Medicine, Doctors for America, New Hampshire Medical Society, New Hampshire Chapter of the American Academy of Pediatrics, and the City of Columbus's (together, "Plaintiffs") and Defendants Robert F. Kennedy, Jr., in his official capacity as the Secretary of Health and Human Services, Mehmet Oz, in his official capacity as the Administrator of the Centers for Medicare and Medicaid Services, United States Department of Health and Human Services, and Centers for Medicare and Medicaid Services' (together, "Defendants") Joint Motion for Entering a Briefing Schedule, (ECF No. 27), filed on October 9, 2026. Upon consideration of the Parties' proposed joint briefing schedule and having reviewed the Joint Motion, the Court approves the Motion as to the proposed dates and agreed-upon page lengths for the summary judgment briefing but declines to schedule a date for any potential oral argument or commit to rule on the Parties' cross motions for summary judgment prior to January 1,

2027. Accordingly, it is this 14th day of October, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED that Plaintiffs shall FILE a motion for summary judgment, with a supporting memorandum not to exceed forty-five (45) pages in length, on or before October 20, 2026;

IT IS FURTHER ORDERED that Defendants shall FILE a cross-motion for summary judgment, with a supporting memorandum and opposition to Plaintiffs' motion not to exceed forty-five (45) pages in length, on or before November 3, 2026;

IT IS FURTHER ORDERED that Plaintiffs shall FILE a reply in support of their motion and opposition to Defendants' cross-motion not to exceed twenty-five (25) pages in length, on or before November 17, 2026;

IT IS FURTHER ORDERED that Defendants shall FILE a reply in support of their cross-motion not to exceed 25 pages in length, on or before December 2, 2026;

IT IS FURTHER ORDERED that Defendants' obligation to answer the Complaint under Federal Rule of Civil Procedure 12 is WAIVED;

IT IS FURTHER ORDERED that the Parties' request for ruling on the cross-motions for summary judgment in advance of January 1, 2027 is DENIED; and

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this Order to all counsel of record.

/s/
George L. Russell, III
Chief United States District Judge