**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SONYA TAYLOR, *et al.*,

*Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,

*Defendants*.

No. 1:26-cv-03705

**[PROPOSED] ORDER**

Upon consideration of the *Motion for Leave to File a Physical Administrative Record* filed by Defendants, it is, on this 3rd day of November 2026, by the United States District Court for the District of Maryland:

ORDERED that the *Motion for Leave to File a Physical Administrative Record* filed by Defendants is GRANTED; and it is further

ORDERED that Defendants must submit the administrative record to the Court, for the Court's use and retention, on a flash drive or CD.

SO ORDERED:

/s/
Hon. Judge George L. Russell, III
Chief United States District Judge